# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Ashville Bd. of Ed. v. Briggs.......... 19578
Buchanan v. Tivineniet et ........... 19587
Cleveland Laundry Co. v. Farkas ...... 19585
Columbus Ry. Power & L. Co. v. Pub.
 Util. Comm. ...................... 19584
Columbus & Zanesville Transp. Co. v.
 Pub. Util. Comm. ................. 19589
Cuthbertson v. State ................ 19577
Erie Rd. Co. v. Pub. Util. Comm...... 19581
Harrison Bd. of Ed. v. Briggs ........ 19579
Kinnear & Russell Plumb. & Heat. Co.
 v. Rogers ........................ 19591
Miller v. Adelstein ................. 19580
McCarty v. State ................... 19583
Murphy et v. Murphy ............... 19582
N. Y. Cent. Rd. Co. v. Pub. Util. Comm. 19576
Ram et v. Rogers ................... 19590
Webster et v. Edwards ............. 19586
Youngstown & Suburban Transp. Co. v.
 Pub. Util. Com. .................. 19588

### JAN. 18, 1926

19576—New York Central Railroad Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. W. W. King, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19577—Tim Cuthbertson v. State of Ohio; motion for Jefferson Appeals to certify. Williams & Nolan, Steubenville, for pltf; R. S. Merryman, Steubenville, for deft.

19578—Board of Education of the Ashville Village School District, Pickaway County, v. Bryce Briggs, auditor; in mandamus. Knepper & Wilcox, Columbus, for pltf; and Meeker Terwillinger, Circilville, for deft.

19579—Board of Education of the Harrison Township Rural School District, Pickaway County v. Bryce Briggs, Auditor; in mandamus. Knepper & Wilcox, Columbus, for pltf. and Meeker Terwillinger, for deft.

19580—Ruth Miller v. Chas. S. Adelstein; motion for Cuyahoga Appeals to certify. A. H. Martin, Cleveland, for pltf; C. M. Klein, Cleveland, for deft.

19581—Erie Railroad Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Cook, McGowan, Foote, Bushnell & Burgess, Cleveland, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19582—Mary Murphy et al v. Mabel Dunn Murphy, executrix of the estate of John J. Murphy, decd; motion for Allen Appeals to certify. Klinger & Klinger, Lima, for pltf; Mackenzie, Weadock, Mackenzie & Landis, Lima, for deft.

### JAN. 19, 1926

19583—Edward J. McCarty v. State of Ohio ex rel Rose Friedel; motion for Lucas Appeals to certify. L. W. Hunt, Toledo, for pltf; M. W. Bacome, Toledo, for deft.

19584—Columbus Railway, Power & Light Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Johnson, Sharp, Schooler & Toland, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

### JAN. 20, 1926

19585—Cleveland Laundry Co. v. Rudolph Farkas; motion for Cuyahoga Appeals to certify. C. M. Horn, Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for pltf; Payer, Winch, Minshall & Karch, Cleveland, for deft.

19586—Howard E. Webster, sheriff of Montgomery County and Cappel Furniture Co. v. William T. Edwards; motion for Montgomery Appeals to certify. A. H. Sharker, R. E. Hoskot, Dayton, for pltf.; Mattern, Brumbaugh & Mattern, Dayton, for deft.

### JAN. 21, 1926

19587—Chas. S. Buchanan Jr. v. Chas. A. Tivineniet et; motion for Monroe Appeals to certify. Matz & Matz, Woodsfield, for pltf; W. H. Cook, Moore Devane & Moore, Woodsfield, for deft.

19588—Youngstown & Suburban Transportation Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. J. M. Butler, C. J. Bartlett, Columbus, for pltf; C. C. Crabbe, J. W. Bricker, Colubus, for deft.

19589—Columbus & Zanesville Transportation Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. J. M. Butler, C. J. Bartlett, Columbus, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

19590—M. H. Ram, et., doing business as Ram & Ram v. Geo. W. Rogers, receiver of Portage Construction & Finance Co., W. L. David and Gardner Abbott, receivers of Cleveland Discount Co. and seven others; motion for Summit Appeals to certify. Wilkin, Cross & Daoust, Cleveland, for pltf; G. H. Doolittle, Fairall & Fairall, Burch, Bacon & Denlinger, Cleveland, for defts.

19591—Kinnear & Russell Plumbing and Heating Co. v. Geo. W. Rogers, receiver of Portage Construction & Finance Co., W. L. David and Gardner Abbott, receivers of Cleveland Discount Co. and seven others; motion for Summit Appeals to certify. Wilkin, Cross & Daoust, Cleveland, for pltf; G. H. Doolittle, Fairall & Fairall, Burch, Bacon & Denlinger, Cleveland, for defts.